

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00500-CR

Nicholas **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 15-01-0025-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On October 24, 2016, this court received appellant's brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.10(b) in that appellant's brief contains sensitive data, specifically the names of persons who were minors at the time the offense was committed. *See* TEX. R. APP. P. 9.10(a)(3).

We, therefore, **ORDER** that appellant's brief is **STRICKEN**. We further ORDER appellant's attorney to file an amended appellant's brief in compliance with TRAP 9.10 on or before **November 28, 2016**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court